IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR430 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| BOBBY CALDERONE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Motion of the United States (Filing No. 45), and pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal, without prejudice, of the Indictment.

IT IS ORDERED that the Motion to Dismiss, without prejudice, the Indictment (Filing No. 45) is granted.

Dated this 21st day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge